UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA** :
: CRIM. NO. 11-862(KSH)
:
v. : ORDER
: FOR THE ENTRY OF JUDGEMENTS
: OF ACQUITTAL AS TO COUNTS 1
: THROUGH 4 OF THE ABOVE
**ROD PEREZ** : CAPTIONED INDICTMENT

**THIS MATTER** having been opened to the Court on the motion of the defendant, Rod Perez, by his attorney, Michael N. Pedicini Esq., in the presence of the United States of America (David Foster, Esq. Assistant U.S. Attorney, appearing) for an Order entering Judgments of Acquittal pursuant to Rule 29(c), Federal Rules of Criminal Procedure as to Counts 1 through 4 of the above captioned Indictment charging conspiracy to import heroin (Count 1); conspiracy to import cocaine (Count 2); aid and abet the importation of heroin (Count 3); and aid and abet the importation of cocaine (Count 4); and the Court having considered the moving papers and arguments of counsel and for good cause shown;

**IT IS** on this 26th day of September, 2012,

**HEREBY ORDERED** that Judgments of Acquittal pursuant to Rule 29(c), Federal Rules of Criminal Procedure, be entered in favor of

Defendant Rod Perez as to Counts 1 through 4 which charge respectively, conspiracy to import heroin; conspiracy to import cocaine; aid and abet the importation of heroin; and aid and abet the importation of cocaine.

                                                 _____
                                                 HONORABLE KATHERINE S. HAYDEN
                                                 UNITED STATES DISTRICT JUDGE